RECEIVED

2011 NOV 32  PM 11: 36

M.L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE

BY_____ DEP CLK.

The Honorable Judge James L. Robart

___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

DEC 0  2011  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re the matter of

JOHN SCANNELL,.

NO. RD 10-0005JLR

DECLARATION OF JOHN SCANNELL IN SUPPORT OF MOTION FOR RELIEF FROM A JUDGMENT OR ORDER

Undersigned declares as follows.

1. Attached as Exhibit A is a true and correct copy of the docket in 10-80024, which is the case where the Ninth Circuit had to decide whether to issue reciprocal discipline

2. Attached as Vol 1 is a true and correct of relevant excerpts listed in Exhibit A that concern the new evidence referenced in the Motion for Relief from and Judgment or Order. Pages 1 and 2 index the remaining 361 pages.

3. Attached as Vol 2 is a true and correct of relevant excerpts listed in Exhibit A that concern the new evidence referenced in the Motion for Relief from and Judgment or Order. The first 3 pages index the remaining 463 pages.

Since submitting these documents I have discovered two members of the Washington State Supreme Court, Tom Chambers and Mary Fairhurst are former presidents of the

---

DECLARATION OF JOHN SCANNELL
- PAGE 1

Software © 1996 by "Zamboni" John Scannell


ORIGINAL

ACTIONLAW.NET
P.O. BOX 3254
SEATTLE, WASH., 98114
206-624-3685

Washington State Bar Association. The Bar Association was opposing party in the disbarment case and had I known of the involvement of these two judges in the Bar Association in such a high capacity, I would have moved to disqualify. These two judges never disclosed their status to me concerning their former leadership of the organization that opposed me.

I declare under the penalty of perjury of the State of Washington that the foregoing is true and correct.

Dated this 2nd day of December, 2011 at Seattle, WA.

_____
John Scannell, pro se

**DECLARATION OF JOHN SCANNELL - PAGE 2**

Software © 1996 by "Zamboni" John Scannell

ACTIONLAW.NET
P.O. BOX 3254
SEATTLE, WASH., 98114
206-624-3685

# Exhibit A

General Docket
United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| Court of Appeals Docket #: 10-80024 | Docketed: 02/10/2010 |
| In re: John R. Scannell, Esq. | Termed: 09/02/2011 |
| Appeal From: U.S. District Court for Western Washington, Seattle | |
| Fee Status: Not Applicable | |

**Case Type Information:**
   1) original proceeding
   2) attorney discipline
   3) null

**Originating Court Information:**
   District: 0981-2 :
   Date Filed:

**Prior Cases:**
   None

**Current Cases:**

| Related | Lead | Member | Start | End |
|---|---|---|---|---|
| | 10-35197 | 11-35021 | 01/06/2011 | |
| | 10-80024 | 11-35021 | 01/06/2011 | |

| | |
|---|---|
| In re: JOHN R. SCANNELL, Esquire, Admitted to the bar of the Ninth Circuit: June 5, 2001,<br>       Respondent, | John R. Scannell, Esquire<br>Direct: 206-624-3685<br>[NTC]<br>302<br>501 S. Jackson<br>Seattle, WA 98104 |

In Re:

JOHN R. SCANNELL, Esq.,
Admitted to the bar of the Ninth Circuit: June 5, 2001,

       Respondent.

| 02/10/2010 ☐ 1 | Received notice from the Supreme Court of the State of Washington re: discipline of attorney. Respondent has been suspended. [7226823] (DL) |
|---|---|
| 02/10/2010 ☐ 2<br>1 pg, 30.28 KB | Filed clerk order (Deputy Clerk:DL) The court is informed that on November 24, 2009, the Supreme Court of the State of Washington suspended respondent John R. Scannell, Esq., from the practice of law. Within 28 days after the date of this order, respondent Scannell shall resign from the bar of this court or shall show cause in writing why respondent should not be suspended from the bar of this court. In re Rosenthal, 854 F.2d 1187 (9th Cir. 1988). Upon consideration of the response to this order and after a hearing, if requested, the court will determine whether to order respondent suspended. See Fed. R. App. P, 46(c); 9th Cir. R. 46-2. This order shall be provided to respondent via Federal Express at 501 Jackson, #302, Seattle, WA 98104. Failure to respond to this order in a timely fashion will result in removal of respondent from the roll of attorneys admitted to practice before the United States Court of Appeals for the Ninth Circuit without further notice. (FedEx. tracking no. 8704 1282 6829). [7226858] (DL) |
| 03/10/2010 ☐ 3<br>52 pg, 111.03 KB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261017] (JRS) |
| 03/10/2010 ☐ 4<br>304 pg, 8.92 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261042] (JRS) |
| 03/10/2010 ☐ 5<br>600 pg, 15.8 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 03/10/2010. Date of service: 03/10/2010. [7261043] (JRS) |
| 03/10/2010 ☐ 6<br>600 pg, 15.77 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261045] (JRS) |
| 03/10/2010 ☐ 7<br>550 pg, 16.34 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261046] (JRS) |
| 03/10/2010 ☐ 8<br>500 pg, 17.48 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261048] (JRS) |
| 03/10/2010 ☐ 9<br>242 pg, 11.81 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261049] (JRS) |
| 03/10/2010 ☐ 10<br>54 pg, 5.27 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261050] (JRS) |
| 03/10/2010 ☐ 11<br>82 pg, 3.29 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261052] (JRS) |
| 03/10/2010 ☐ 12<br>13 pg, 951.83 KB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261053] (JRS) |
| 03/10/2010 ☐ 13<br>97 pg, 3.53 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261055] (JRS) |
| 03/10/2010 ☐ 14<br>9 pg, 135.8 KB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261056] (JRS) |
| 03/10/2010 ☐ 15<br>14 pg, 3.09 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261058] (JRS) |
| 03/10/2010 ☐ 16<br>3 pg, 96.79 KB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 02/10/2010. Date of service: 03/10/2010. [7261059] (JRS) |
| 03/16/2010 ☐ 17<br>1 pg, 23.51 KB | Filed order (Appellate Commissioner) Federal Rule of Appellate Procedure 46(b)(1)(A) provides that a member of this court's bar is subject to suspension or disbarment if the member "has been suspended or disbarred from practice in any other court." Respondent |

| Date | Doc | Description |
|---|---|---|
| | | John R. Scannell, Esq., was suspended by the Washington Supreme Court on November 24, 2009. Reciprocal disciplinary proceedings are stayed pending the outcome of further proceedings at the Washington Supreme Court. Respondent shall file a status report within 120 days after the date of this order, or within 14 days after a final decision in the Washington Supreme Court proceedings, whichever is sooner. . (Appellate Commissioner) [7268120] (DL) |
| 07/28/2010 | ☐ 18<br>1 pg, 22.5 KB | Filed order (Appellate Commissioner) On March 16, 2010, the court stayed reciprocal disciplinary proceedings against respondent John R. Scannell, Esq., pending the outcome of further proceedings at the Washington Supreme Court. Respondent Scannell was ordered to file a status report within 120 days of the order, or within 14 days after a final decision in the Washington Supreme Court proceedings, whichever was sooner. The status report was due July 14, 2010, but no report has been filed. Consequently, within 14 days after the filing of this order, Respondent Scannell shall provide a status report. If Respondent fails to respond to this order in a timely fashion, the matter will be deemed submitted on the papers respondent has already filed. (Appellate Commissioner) [7420871] (DL) |
| 08/01/2010 | ☐ 19<br>2 pg, 8.97 KB | Filed (ECF) Respondent John R. Scannell, Esquire status report (as required by Court order dated 03/16/2010). Date of service: 08/01/2010 [7424578] (JRS) |
| 09/14/2010 | ☐ 20<br>1 pg, 407.57 KB | Received a copy of State Bar Court order. Respondent has been disbarred by the Supreme Court of the State of Washington. [7473526] (DL) |
| 09/17/2010 | ☐ 21<br>2 pg, 30.02 KB | Filed order (Appellate Commissioner) On February 10, 2010, this court ordered respondent John R. Scannell, Esq., to show cause why he should not be suspended or disbarred from the practice of law before this court based on the November 24, 2009 interim suspension order of the Washington Supreme Court. See Fed. R. App. P. 46(b)(1)(A); 9th Cir. R. 46-2. On March 16, 2010, reciprocal disciplinary proceedings were stayed pending the outcome of further proceedings at the Washington Supreme Court. The court is informed that on September 9, 2010, the Washington Supreme Court entered a final order disbarring respondent Scannell. The stay of proceedings in this court is therefore terminated. Within 28 days after the date of this order, respondent Scannell shall resign from the bar of this court or shall show cause in writing why respondent should not be disbarred from the bar of this court on the basis of the Washington Supreme Court's September 9, 2010 order. In re Rosenthal, 854 F.2d 1187 (9th Cir. 1988). Respondent Scannell may stand on his March 10, 2010 response to the court's original order to show cause, substitute a new response, or submit a supplemental response not to exceed 15 pages. Respondent Scannell shall also state whether he still requests a hearing. . (Appellate Commissioner) [7478643] (DL) |
| 10/15/2010 | ☐ 22<br>343 pg, 13.35 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 09/17/2010. Date of service: 10/15/2010. [7511136]--[COURT UPDATE: replaced response with corrected version, attached certified record part three, and resent notice. 10/21/2010 by MS] (JRS) |
| 10/15/2010 | ☐ 23 | COURT DELETED DUPLICATE ENTRY: moved document to: [22]. Original Text: Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 09/17/2010. Date of service: 10/15/2010. [7511137] (JRS) |
| 10/16/2010 | ☐ 24 | COURT DELETED DUPLICATE ENTRY: moved document to: [22]. Original Text: Filed (ECF) Respondent John R. Scannell, Esquire response to order to show cause dated 09/17/2010. Date of service: 10/15/2010. [7511151] (JRS) |
| 01/26/2011 | ☐ 25<br>3 pg, 34.18 KB | Filed order (Appellate Commissioner) (For complete text see Order) ...On January 21, 2011, this court issued a decision in Respondent's separate but related appeal of the imposition of reciprocal discipline by the District Court for the Western District of Washington. See In re Scannell, No. 10-35197. After an "independent review" of the record, the court concluded that the district court's imposition of reciprocal discipline was proper because Scannell had been afforded "multiple opportunities to be heard" in the state proceedings and the record |

| | | |
|---|---|---|
| | | "is replete with evidence of misconduct meriting sanction." The court found "no injustice, grave or otherwise," would result from the imposition of reciprocal discipline. The standards used in reviewing a district court's imposition of reciprocal discipline are the same standards that apply to this court's decision whether to discipline an attorney reciprocally. See In re Kramer, 282 F.3d 721, 724 (9th Cir. 2002) (reviewing district court imposition of discipline); In re Rosenthal, 854 F.2d 1187, 1188 (9th Cir. 1989) (imposing reciprocal discipline on the basis of state disbarment). Therefore, within 21 days after the date of this order, respondent Scannell shall inform the court whether, in light of the decision in No. 10-35197, he still wishes to contest the imposition of reciprocal discipline and whether he renews his request for a hearing. (Appellate Commissioner) [7625997] (DL) |
| 02/17/2011 | ☐ 26<br>29 pg, 74.17 KB | Filed (ECF) Respondent John R. Scannell, Esquire response to Court order dated 01/26/2011. Date of service: 02/17/2011. [7653554] (JRS) |
| 02/17/2011 | ☐ 27<br>145 pg, 705.1 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Exhibits for response to Court order [26]. Date of service: 02/17/2011. [7653556]--[COURT UPDATE: Edited docket text to reflect contents of filing. Resent NDA. 02/18/2011 by TT] (JRS) |
| 02/17/2011 | ☐ 28<br>14 pg, 84.19 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Exhibits for response to Court order [26]. Date of service: 02/17/2010. [7653557]--[COURT UPDATE: Edited docket text to reflect contents of filing. Resent NDA. 02/18/2011 by TT] (JRS) |
| 02/17/2011 | ☐ 29<br>18 pg, 96.49 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Exhibits for response to Court order [26]. Date of service: 02/17/2011. [7653558]--[COURT UPDATE: Edited docket text to reflect contents of filing. Resent NDA. 02/18/2011 by TT] (JRS) |
| 02/17/2011 | ☐ 30<br>55 pg, 223.22 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Exhibits for response to Court order [26]. Date of service: 02/17/2011. [7653559]--[COURT UPDATE: Edited docket text to reflect contents of filing. Resent NDA. 02/18/2011 by TT] (JRS) |
| 02/17/2011 | ☐ 31<br>25 pg, 118.69 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Exhibits for response to Court order [26]. Date of service: 02/17/2011. [7653560]--[COURT UPDATE: Edited docket text to reflect contents of filing. Resent NDA. 02/18/2011 by TT] (JRS) |
| 02/17/2011 | ☐ 32<br>69 pg, 1000.6 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Exhibits for response to Court order [26]. Date of service: 02/17/2011. [7653561]--[COURT UPDATE: Edited docket text to reflect contents of filing. Resent NDA. 02/18/2011 by TT] (JRS) |
| 02/18/2011 | ☐ 33 | COURT DELETED ENTRY. Correct entry refiled below [37]. Original text: Filed (ECF) Respondent John R. Scannell, Esquire reply to response to Court order dated 01/26/2011. Date of service: 02/18/2011. [7653663]Entry (JRS) |
| 02/22/2011 | ☐ 34<br>1 pg, 26.17 KB | Filed order (WILLIAM C. CANBY, EDWARD LEAVY and BARRY G. SILVERMAN) Respondent John R. Scannell, Esq., has requested a hearing in response to the court's September 17, 2010 order to show cause why he should not be suspended or disbarred from the practice of law before this court based on the September 9, 2010 disbarment order of the Washington Supreme Court. See Fed. R. App. P. 46(b)(1)(A); 9th Cir. R. 46-2. Respondent Scannell's request for a hearing is granted. This matter is referred to Appellate Commissioner Peter L. Shaw, who shall conduct a hearing and prepare a report and recommendation for a future motions panel. See 9th Cir. R. 46-2(e),(f),(g).. [7656229] (DL) |
| 02/22/2011 | ☐ 35<br>1 pg, 22.18 KB | Filed clerk order (Deputy Clerk:ES): Respondent's request for an extension of time to file his response to the court's January 26, 2011 order to show cause is granted. The response to the order to show cause has been filed. [7656358] (DL) |
| 02/22/2011 | ☐ 36<br>2 pg, 28.47 KB | Filed order (Appellate Commissioner) Respondent John R. Scannell, Esq., has requested a hearing in response to the court's September 17, 2010 order to show cause why he should not be reciprocally suspended or disbarred from the bar of this court based on the September 9, 2010 disbarment order of the Washington Supreme Court. See 9th Cir. R. 46- |

| | | |
|---|---|---|
| | | 2. On February 22, 2011, the court referred the matter to the Appellate Commissioner to conduct a hearing and to submit a report and recommendation to the court. Accordingly, respondent Scannell and his counsel, if he elects to be represented, shall appear before the Appellate Commissioner on March 22, 2011 at 2:30 p.m., in Courtroom Two of the United States Court of Appeals for the Ninth Circuit at 95 Seventh Street, San Francisco, California. No later than March 15, 2011, respondent Scannell shall file: (1) a written statement identifying all other federal court, state, and agency bars to which he is admitted and his current standing before those courts or bars; (2) any additional documentary evidence, including affidavits or declarations of witnesses, that he wishes to submit; and (3) the names and addresses of any witnesses he intends to present at the hearing and the nature of their testimony. The Clerk shall forward respondent Scannell's submission to the Office of the Appellate Commissioner. (Appellate Commissioner) [7656464] (DL) |
| 02/25/2011 | ☐ 37<br>6 pg, 26.23 KB | Filed (ECF) Respondent John R. Scannell, Esquire Motion to extend time to comply with the order dated 01/26/2011. Date of service: 02/18/1011. [7659772] (JRS) |
| 03/15/2011 | ☐ 38<br>43 pg, 198.83 KB | Filed (ECF) Respondent John R. Scannell, Esquire response to Court order dated 02/22/2011. Date of service: 03/15/2011. [7682356] (JRS) |
| 03/15/2011 | ☐ 39<br>14 pg, 152.15 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Exhibits for response to Court order [38]. Date of service: 03/15/2011. [7682357]--[Edited 03/16/2011 by TW] (JRS) |
| 03/15/2011 | ☐ 40<br>7 pg, 107.31 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Exhibits for response to Court order [38]. Date of service: 03/15/2011. [7682358]--[Edited 03/16/2011 by TW] (JRS) |
| 03/15/2011 | ☐ 41<br>4 pg, 140.68 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Exhibits for response to Court order [38]. Date of service: 03/15/2011. [7682359]--[Edited 03/16/2011 by TW] (JRS) |
| 03/22/2011 | ☐ 42 | Attorney Discipline Hearing before the Appellate Commissioner, in Crtrm. #2 @2:30, Behmke Reporting Services. [7691190] (DL) |
| 03/25/2011 | ☐ 43<br>201 pg, 926.43 KB | Filed (ECF) Respondent John R. Scannell, Esquire response to Court order dated 02/22/2011. Date of service: 03/25/2011. [7695446] --[COURT UPDATE: Edited docket text to reflect the content of the filing. Resent NDA. 03/28/2011 by DB] (JRS) |
| 03/25/2011 | ☐ 44<br>83 pg, 2.86 MB | Filed (ECF) Respondent John R. Scannell, Esquire response to Court order dated 02/22/2011. Date of service: 03/25/2011. [7695456] --[COURT UPDATE: Edited docket text to reflect the content of the filing. Resent NDA. 03/28/2011 by DB] (JRS) |
| 04/05/2011 | ☐ 45 | Received Orig. and One copy of Behmke Reporting Services transcript of disciplinary hearing held on 3/22/2011, before the App. Comm. [7705248] (DL) |
| 07/01/2011 | ☐ 46<br>1 pg, 25.37 KB | Filed order (Appellate Commissioner) The Clerk shall serve on respondent John R. Scannell, Esq., a copy of the Report and Recommendation filed contemporaneously with this order. Within 21 days after this order is filed, Respondent may file objections to the Report and Recommendation. See 9th Cir. R. 46-2(f). The Clerk shall forward Respondent's objections, if any, to the Appellate Commissioner. (Appellate Commissioner) [7804835] (DL) |
| 07/01/2011 | ☐ 47<br>43 pg, 169.9 KB | Filed Report and Recommendation by Appellate Commissioner. [7804836] (DL) |
| 07/20/2011 | ☐ 48<br>2 pg, 8.79 KB | Filed (ECF) Respondent John R. Scannell, Esquire Motion to extend time to comply with the order dated 07/01/2011. Date of service: 07/20/2011. [7827191] (JRS) |
| 07/21/2011 | ☐ 49<br>1 pg, 21.02 KB | Filed order (Appellate Commissioner) Respondent's request for an extension of time to file objections to the July 1, 2011 Report and Recommendation is granted in part. Respondent shall file his objections on or before August 12, 2011. (Appellate Commissioner) [7827513] (DL) |

| Date | Entry | Description |
|---|---|---|
| 08/12/2011 | ☐ 50<br>25 pg, 47.38 KB | Filed (ECF) Respondent John R. Scannell, Esquire response to Court order dated 07/01/2011. Date of service: 08/12/2011. [7856792] --[COURT UPDATE: Edited docket text to reflect the content of the filing. Resent NDA. 08/15/2011 by DB] (JRS) |
| 08/15/2011 | ☐ 51 | Added attorney John R. Scannell for John R. Scannell, in case 10-80024 (added party as attorney to allow filing in case where attorney is appearing Pro Se). [7857028] (ASW) |
| 09/02/2011 | ☐ 52<br>46 pg, 215.59 KB | Filed order (MARY M. SCHROEDER, SIDNEY R. THOMAS and SUSAN P. GRABER) The court has received and reviewed Respondent Scannell's objections to the Appellate Commissioner's July 1, 2011 Report and Recommendation. Respondent Scannell's objections are overruled and the Report and Recommendation is adopted in full. For the reasons set forth in the Report and Recommendation, Respondent John R. Scannell, Esq., is reciprocally suspended from the practice of law in this court for two years, effective September 9, 2010, the date of his Washington discipline order. Fed. R. App. P. 46(b)(1)(A). Respondent is also ordered to pay $818.50, the amount equal to the cost of the court reporter in this disciplinary proceeding. The monetary sanction is imposed as a judgment and shall be paid to the Clerk of this Court within 21 days after the filing date of this order. Failure to pay the sanction within the time permitted may result in the imposition of additional sanctions as well as referral of this judgment to the United States Attorney for collection. Within 14 days after the date of this order, Respondent Scannell shall withdraw from any case pending in this court in which he is counsel of record. Court records reflect that Scannell is counsel of record in the following cases: Bear v. Pierce County, No. 11-35387; Tolsma v. King County, No. 11-35549;-and Tolsma v. King County, No. 11-35601. Failure to comply with this requirement may result in the imposition of sanctions without further notice. At the conclusion of the suspension, Scannell may petition for reinstatement to the Bar of the Ninth Circuit pursuant to Ninth Circuit Rule 46-2(h). Scannell shall file the petition using this docket number and include a showing that he is a member in good standing of the bar of any state. The Clerk shall change this court's records to reflect that Respondent Scannell has been suspended and is no longer eligible to practice before the Ninth Circuit. The Clerk shall serve this order and the Appellate Commissioner's July 1, 2011 Report and Recommendation on the State Bar of Washington, Attn: Office of Disciplinary Counsel, 1325 Fourth Ave., Ste. 600, Seattle, WA 98101-2539. The Clerk also shall serve this order on Respondent by FedEx. (FedEx. tracking no. 876406566003) [7880519] (DL) |
| 09/16/2011 | ☐ 53<br>61 pg, 293.86 KB | Filed (ECF) Respondent John R. Scannell, Esquire motion for reconsideration of dispositive order of 09/02/2011 memorandum). Date of service: 09/16/2011. [7897310]--[COURT UPDATE: Changed entry to reflect content of filing; petition for rehearing cannot be filed following a dispositive order. Attached exhibits. Resent NDA. 09/19/2011 by TW] (JRS) |
| 09/16/2011 | ☐ 54 | COURT DELETED INCORRECT/DUPLICATE ENTRY. Correct Entry: [53]. Original Text: Filed (ECF) Respondent John R. Scannell, Esquire petition for panel rehearing (from 09/02/2011 memorandum). Date of service: 09/16/2011. [7897312] (JRS) |
| 10/18/2011 | ☐ 55<br>1 pg, 27.74 KB | Filed order (MARY M. SCHROEDER, SIDNEY R. THOMAS and SUSAN P. GRABER) We construe the petition for rehearing filed by Respondent John R. Scannell, Esq., as a motion for reconsideration of the court's September 2, 2011 order imposing a two-year reciprocal suspension. See 9th Cir. R. 27-10(b). So construed, we grant the motion in part. At the conclusion of the suspension, Scannell may petition for reinstatement to the Bar of the Ninth Circuit pursuant to Ninth Circuit Rule 46-2(h). Scannell shall file the petition using this docket number. Although the petition need not show that Scannell is a member in good standing of the bar of any state, it should include "a concise statement of the circumstances of the disciplinary proceedings, the discipline imposed by this Court, and the grounds that justify reinstatement." Id. [7932429] (BJB) |
| 11/01/2011 | ☐ 56<br>2 pg, 23.49 KB | Filed (ECF) Respondent John R. Scannell, Esquire Correspondence: Reqest for Publication. Date of service: 11/01/2011 [7950685] (JRS) |

Clear All

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

Selected Pages: 359    Selected Size: 2.31 MB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit – 12/02/2011 13:31:38 | | | |
| PACER Login: | ac1144 | Client Code: | |
| Description: | Docket Report (filtered) | Search Criteria: | 10-80024 |
| Billable Pages: | 6 | Cost: | 0.48 |